AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-3511

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __HYUNDAI MOTOR AMERICA__

was received by me on *(date)* __08/07/2017__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Delivered 8/10/2017, Per PA Rule 404(2) and 403. Return receipt attached. Tracking number 9502800003907217000023.

My fees are $ __0.00__ for travel and $ __10.00__ for services, for a total of $ __10.00__ .

I declare under penalty of perjury that this information is true.

Date: __08/10/2017__

*James E. Shelton*
*Server's signature*

James E. Shelton
*Printed name and title*

316 Covered Bridge Road
King of Prussia, PA 19406
*Server's address*

Additional information regarding attempted service, etc: