IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>　　　　Plaintiff, | : |
| v. | : |
| SUSSMAN, INC. d/b/a<br>SUSSMAN HYUNDAI;<br>ERIC SUSSMAN, *individually and as CEO/President/Principal of Sussman, Inc.*;<br>DAN SMITH, *individually and as General Manager of Sussman Hyundai*;<br>HYUNDAI MOTOR AMERICA; and,<br>DOES 1 THROUGH 100, *inclusive*<br>　　　　Defendants. | :<br><br>:<br><br><br>:<br><br><br>: | 

CIVIL ACTION
NO. 17-3511

## **ORDER**

AND NOW, this 11th day of September, 2017, upon notification by counsel for Defendants Sussman, Inc., Eric Sussman, and Dan Smith that they are in the process of finalizing a settlement agreement with Plaintiff, it is hereby ORDERED that the deadline for said Defendants to answer or otherwise plead to Plaintiff's Complaint shall be extended until **September 25, 2017**.

It is further ORDERED that the parties shall notify this Court forthwith in the event a settlement is finalized.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　/s/ C. Darnell Jones, II　　J.