# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG )<br>1657 The Fairway #131 Jenkintown, PA 19046 )<br>Telephone: 215-791-6957 )<br>Facsimile: 888-329-0305 )<br>andyperrong@gmail.com )<br>)<br>**Plaintiff,** )<br>vs. )<br>)<br>SUSSMAN, INC. DBA SUSSMAN HYUNDAI )<br>1645 Easton Rd. )<br>Willow Grove, PA 19090, )<br>)<br>*Et. Al.* )<br>)<br>**Defendants.** )<br>) | **Civil Action**<br><br>No. 17-3511<br><br><br><br><br><br>**Jury Trial Demanded** |

## NOTICE OF VOLUNTARY DISMISSAL OF SELECT DEFENDANTS:

COMES NOW Plaintiff ANDREW R. PERRONG and hereby files this Voluntary Dismissal against Defendants SUSSMAN, INC. DBA SUSSMAN HYUNDAI, ERIC SUSSMAN, and DAN SMITH ONLY, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as they have not filed an answer or motion for summary judgment. In accord with Rule 41(a)(1)(B), such a dismissal is being made WITH PREJUDICE. Please keep the case active against all other defendants.

Dated: September 18, 2017

Andrew Perrong
*Plaintiff Pro-Se*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
andyperrong@gmail.com

1