IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDREW R. PERRONG<br>    Plaintiff, | : | |
| v. | : | |
| SUSSMAN, INC. d/b/a<br>SUSSMAN HYUNDAI;<br>ERIC SUSSMAN, *individually and as CEO/President/Principal of Sussman, Inc.*;<br>DAN SMITH, *individually and as General Manager of Sussman Hyundai*;<br>HYUNDAI MOTOR AMERICA; and,<br>DOES 1 THROUGH 100, *inclusive*<br>    Defendants. | :<br><br><br>:<br><br><br>: | CIVIL ACTION<br>NO. 17-3511 |

## **ORDER**

AND NOW, this 27th day of September, 2017, upon notification that the issues between Plaintiff and all remaining Defendants have been settled and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby ORDERED and DECREED that the claims against said Defendants are DISMISSED with prejudice pursuant to agreement of counsel.

BY THE COURT:

/s/  C. Darnell Jones, II          J.